IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SLOAN COMPANY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL | : | |
| INSURANCE CO., | : | No. 07-5325 |
|     Defendant. | : | |

### ORDER

AND NOW, this **25th** day of **August, 2009**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Cross-Motion for Summary Judgment, the parties' Responses and additional filings, the August 21, 2009 oral argument on these motions, and for the reasons discussed in the Court's Memorandum of August 25, 2009, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Document No. 21) is **GRANTED in part and DENIED in part**, as outlined in the Court's Memorandum.

2. Defendant's Cross-Motion for Summary Judgment (Document No. 29) is **GRANTED in part and DENIED in Part**, as outlined in the Court's Memorandum.

3. Judgment is entered in favor of Plaintiff in the amount of $785,067.

4. The parties are given until October 26, 2009 to conduct discovery on the additional amount, if any, due to Plaintiff, as well as the amount of any interest and costs. By October 26, 2009, the parties shall submit to the Court any additional pleadings related to the determination of these amounts.

BY THE COURT:

*/s/ Berle M. Schiller*

Berle M. Schiller, J.